against the New York & Brooklyn Brewing Company and the Brooklyn Heights Railroad Company. No opinion. Motion for reargument, or for leave to go to the court of appeals, denied. See 43 N. Y. Supp. 259.

HUTCHINSON v. ROOT. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by Charles Hutchinson against Mary F. Root. No opinion. Motion for resettlement granted.

ISHAM, Respondent, v. PENDERGAST et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Simon O. Isham against Nicholas J. Pendergast, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

JACKSON et al., Respondents, v. HOMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Margaret L. Jackson and another against Henry Homer. No opinion. Judgment and order affirmed, with costs.

JENKS et al. v. MILLER et al. (Supreme Court, Appellate Division, Second Department. March 16, 1897.) Action by Joseph Jenks and others against John F. Miller and another. No opinion. Motion denied. See 43 N. Y. Supp. 927.

JONES et al., Respondents, v. GALE, Appellant. (Supreme Court, Appellate Division, Third Department. December, 1896.) Action by Edward C. Jones and Peyton C. Richards against Charles F. Gale, as receiver of the Elmira National Bank. No opinion. Judgment affirmed, with costs.

KAIN v. STILLWELL. (Supreme Court, Appellate Division, Second Department. March 19, 1897.) In the matter of the petition of Edward P. Kain against Stephen J. Stillwell. No opinion. Motion denied, without costs. See 39 N. Y. Supp. 1126.

KELLY v. METROPOLITAN INS. CO. (Supreme Court, Appellate Division, Third Department. March 12, 1897.) Action by Anna Kelly against the Metropolitan Insurance Company. No opinion. Motion for leave to go to the court of appeals denied, without costs. See 44 N. Y. Supp. 179.

KELLY, Respondent, v. THEISS et al., Appellants. (City Court of New York, General Term. April 1, 1897.) Action by Bridget M. Kelly against Katie Theiss and others. Fromme Bros., for appellants. A. J. Westermeyer, for respondent.

PER CURIAM. The order appealed from must be affirmed, on the authority of Lynch v. Levy, 11 Hun, 145.

In re KING. (Supreme Court, Appellate Division, First Department. April 15, 1897.) In the matter of Herbert B. King. T. C. T. Crain, for plaintiff. E. C. Perkins, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

44 N.Y.S.—71

In re KING. (Supreme Court, Appellate Division, First Department. April 15, 1897.) In the matter of Frederick Louis King. T. C. T. Crain, for plaintiff. E. C. Perkins, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

KNAUSS v. G. KREUGER BREWING CO. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by William Knauss against the G. Kreuger Brewing Company. No opinion. Motion granted, with $10 costs.

KRAUSE, Respondent, v. HAGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by Reuben Krause against Thomas Hagan, impleaded, etc. D. Daly, for appellants. E. W. S. Johnston, for respondent. No opinion. Judgment affirmed by default, with costs. See 43 N. Y. Supp. 1157.

KRAUSS, Respondent, v. COHEN, Appellant. (City Court of New York, General Term. April 1, 1897.) Action by Jacob Krauss against Aaron Cohen. A. & C. Steckler, for appellant. Eugene I. Yuellis, for respondent.

CONLAN, J. This is an appeal from a judgment entered on a verdict of a jury, and from an order denying a motion for a new trial. We have read the case and points submitted by counsel with great care, and have been unable to discover anything in the rulings of the court, or in the result reached by the jury on the facts, that would warrant us in disturbing the verdict, and therefore the judgment is affirmed, with costs.

LADENBURG et al. v. COMMERCIAL BANK OF NEWFOUNDLAND (six cases). (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by Adolf Ladenburg and others against the Commercial Bank of Newfoundland (six cases). No opinion. Motions granted, with $10 costs in one case. See 39 N. Y. Supp. 119.

LANAHAN, Respondent, v. HENRY ELTNER BREWING CO., Appellant. (City Court of New York, General Term. April 1, 1897.) Action by William Lanahan and others against Henry Eltner Brewing Company. Langbein Bros. & Langbein, for appellant. Leventritt & Nathan, for respondent.

PER CURIAM. We think that upon the evidence the jury were justified in finding that McKinney acted as the agent of the defendant in the purchase of the goods in question, and that the defendant was really the owner of the business conducted in the store at 2d avenue and 116th street, because Sullivan entered the store at the defendant's request, and left at the request of the defendant; that the license of the place was in the name of an employé of the defendant; and that it paid the rent of the store, and otherwise acted as only the owner of property usually acts. As the questions in dispute were only of fact, and were rightfully determined, we think, by the jury, we must affirm the judgment, with costs. The judgment therefore is affirmed, with costs.